**EXHIBIT A**

[Fairview Manor letterhead]

Mail Processing
[redacted]
[redacted] PA 16625-0589

January 9, 2025

DAVID KUHLMAN
[address redacted]

Dear David Kuhlman:

HCF of Fairview Inc. ("Fairview Manor") values and respects the privacy of your information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. At this time, we do not believe your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are writing to advise you about the incident and to provide you with guidance on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** On October 3, 2024, we discovered suspicious activity on our management company's computer network. Upon identifying the issue, the management company promptly initiated an internal investigation, took steps to contain the incident, and engaged a forensic security firm to further investigate. The forensic investigation determined that an unknown, unauthorized third party gained access to the management company's computer systems on September 17, 2024, and during that time, accessed and acquired certain documents from those systems.

**What Information Was Involved?** On November 19, 2024, a review of those documents determined that they contained your name, together with one or more of the following: address, phone number, date of birth, Social Security number, medical information and health insurance information.

**What We Are Doing.** In addition to the actions described above, we worked with the forensic firm to confirm the ongoing security of our and our management company's computer systems. We also notified law enforcement and are cooperating with its investigation. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not h your credit score. For more information on identity theft prevention and IdentityWorks Credit 3B, includ instructions on how to activate your complimentary one-year membership, please see the addition information provided in this letter.

**What You Can Do.** While we have no evidence that your personal information has been misused, encourage you to take advantage of the complimentary credit monitoring included in this letter. You can find more information on steps to protect yourself against possible identity theft or fraud in the enclo Additional Important Information sheet.