# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID KUHLMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HCF MANAGEMENT, INC., and HCF OF FAIRVIEW, INC., d/b/a FAIRVIEW MANOR, <br><br> Defendant. | Case No.: 3:25-cv-111 <br><br> **CLASS ACTION COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

## ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff David Kuhlman, individually and on behalf of all others similarly situated; Voluntary Dismissal of his claims against Defendants HCF Management, Inc. and HCF of Fairview, Inc. d/b/a Fairview Manor. without prejudice.

IT IS HEREBY ORDERED that Plaintiff David Kuhlman, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendants HCF Management, Inc. and HCF of Fairview, Inc. d/b/a Fairview Manor. without prejudice is **GRANTED**, and this matter is now closed.

Signed this   4th   day of   March   2025.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge